IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.   02-WM-1271 (CBS)

CLIFFORD M. WEAKS,

    Plaintiff(s),

v.

ROADWAY EXPRESS, INC.,

    Defendant(s).

---

AMENDED JUDGMENT
_____

___   Pursuant to and in accordance with the Order entered on August 22, 2005, by Judge Walker D. Miller, which is incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, filed June 24, 2004 is granted.  It is

FURTHER ORDERED that judgment shall enter in favor of the defendant Roadway Express, Inc. and against plaintiff Clifford M. Weaks.  It is

FURTHER ORDERED that complaint and cause of action are dismissed.  It is

FURTHER ORDERED that the defendant may have its costs upon the filing of a Bill of Costs within ten days from entry of this amended judgment.

Civil Action No.   02-WM-1271 (CBS)

DATED at Denver, Colorado, this 24th day of August , 2005.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                   s/Stephen P. Ehrlich
By: _____
    Stephen P. Ehrlich
    Chief Deputy Clerk